UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMANDA M. NEVINS,<br>　　　　Plaintiff(s),<br><br>　　　　VS.<br><br>J. BUTLER, ET AL.,<br>　　　　Defendant(s) | CIVIL ACTION NO.  12-4015(JAP)<br><br>NOTICE OF CALL FOR DISMISSAL<br>PURSUANT TO F.R.Civ.P.4(m) |

PLEASE TAKE NOTICE that the above captioned action will be dismissed on **November 16, 2012,** for failure to effect service of summons and complaint within 120 days of filing the complaint. Unless you establish that service was effected within said 120 days or unless good cause is shown for failure to do so, by the filing of an affidavit with the Court.

　　　　　　　　　　　　　　　　　　　　WILLIAM T. WALSH, CLERK

　　　　　　　　　　　　　　　　　　　　By:  s/ Dana Sledge, Deputy Clerk

Dated: November 9, 2012